UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN F. GORDON,

    Plaintiffs,

v.

    Civil No. 00-73201

    JOHN CORBETT O'MEARA
    UNITED STATES DISTRICT JUDGE

NEXTEL COMMUNICATIONS, INC. et al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S RECOMMENDATION DENYING DEFENDANTS' MOTION FOR COSTS AND ATTORNEY FEES

The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that defendants' motion costs and attorney fees is **DENIED**.

Dated:_____

JOHN CORBETT O'MEARA
United States District Judge